Gregory D. Phillips (4645)
Cody W. Zumwalt (7197)
HOWARD, PHILLIPS & ANDERSEN
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AUSTIN LINFORD., a Utah resident,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC-10 CONFERENCE, an unincorporated California Business association,<br><br>Defendant. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Civil No. 2:11-cv-00194-SA<br><br>The Honorable Samuel Alba |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Austin Linford dismisses the above-captioned action without prejudice pursuant to a settlement between the parties.

No answer or motion for summary judgment has been filed.

DATED: April 7, 2011.

HOWARD, PHILLIPS & ANDERSEN

 /s/ Gregory D. Phillips
By: Gregory D. Phillips
*Attorneys for Plaintiff*

1